UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA          CASE NO. 3:08-mj-0031 CMK

vs.          ORDER TO PAY

BENJAMIN BASLER

The Defendant, having been found guilty of violating 36 CFR 261.11 (e), dump refuse on national forest lands, after entry of a no contest plea thereto, is

ORDERED TO PAY THE FOLLOWING:

    Fine: $475.00             Assessment: $25.00

(X)    FINE AND ASSESSMENT TOTAL OF $500.00 is payable to the Clerk, U.S. District Court, 501 I Street, Sacramento, CA 95814, in monthly installments of $100.00 per month beginning March 1, 2009, and continuing on the first of each month thereafter until paid in full.

DATED: January 13, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE